JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES NOLAN BUSH, | Case No. CV 19-5107-JAK (JPR) |
| Petitioner, | |
| v. | **JUDGMENT** |
| WARDEN, Lompoc, FCI, | |
| Respondent. | |

Pursuant to the Order Denying Petition and Dismissing Action,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: July 2, 2019

_____
JOHN A. KRONSTADT
U.S. DISTRICT JUDGE